FILED

COPY

1 | Peter R. Afrasiabi, Esq. (Bar No. 193336)
email: pafrasiabi@onellp.com
2 | John Tehranian, Esq. (Bar. No. 211616)
email: jtehranian@onellp.com
3 | ONE LLP
4000 MacArthur Blvd.
4 | West Tower, Suite 1100
Telephone:  (949) 502-2873
5 | Facsimile:  (949) 258-5081

2012 OCT 11  PM 1: 09

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

6 | Attorneys for Plaintiff
JOSH AGLE, INC.
7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | JOSH AGLE, INC., a California
corporation,
12
            Plaintiff,
13
v.
14
AMERICAN GREETINGS
15 | CORPORATION, a Delaware corporation;
and DOES 1 through 10, inclusive,
16
            Defendants.
17

Case No. SACV12-1756-JVS (ANx)

**COMPLAINT FOR COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

**DEMAND FOR JURY TRIAL**

18 |     JOSH AGLE, INC. ("Agle"), by and through its attorneys of record, complains

19 | against AMERICAN GREETINGS CORPORATION, and DOES 1 through 10 ("DOES")

20 | (altogether "Defendants"), alleging as follows:

21

22 | **JURISDICTION AND VENUE**

23 |     1.    This is a civil action against Defendants AMERICAN GREETINGS

24 | CORPORATION and DOES 1 through 10 for copyright infringement in violation of the

25 | Copyright Act, 17 U.S.C. §§ 101 *et seq.*  This Court has subject matter jurisdiction

26 | pursuant to 17 U.S.C. § 501(a), 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

27 |     2.    Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28

28 | U.S.C. § 1400(a) in that the claim arises in this Judicial District and the Defendants may be

21050.1

found and transact business in this Judicial District.  Defendants are subject to the personal jurisdiction of this Court and are amenable to service of process pursuant to the California Long-Arm Statute, Cal. Civ. Proc. Code, Section 413.10, and Fed. R. Civ. P. 4(e).

## **PARTIES**

3.     Plaintiff Josh Agle, Inc. ("Agle") is a corporation incorporated and existing under the laws of California, with a principal place of business located at 1821 Lemon Terrace, Santa Ana, CA 92705 in the County of Orange, which, *inter alia*, holds the intellectual property of Josh Agle, a critically acclaimed and internationally renowned painter, illustrator and designer residing in Orange County, California.

4.     Plaintiff is informed and believes and, upon such, alleges that Defendant American Greetings Corporation ("American Greetings") is a Delaware corporation with its corporate headquarters at One American Road, Cleveland, Ohio 44144.

5.     Plaintiff is informed and believes and, upon such, alleges that Defendant American Greetings owns, operates and/or controls Carlton Cards.

6.     The true names or capacities, whether individual, corporate or otherwise, of the Defendants named herein as DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names.  Plaintiff will ask leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained.

7.     Plaintiff is informed and believes and, upon such, alleges that each of the Defendants designated herein as a "DOE" is legally responsible in some manner for the events and happenings herein alleged, and that Plaintiff's damages as alleged herein were proximately caused by such Defendants.

## **FACTS COMMON TO ALL COUNTS**

8.     Shag is the *nom de brose* of Josh Agle, a critically acclaimed and internationally renowned painter, illustrator and designer based in Orange County,

**COMPLAINT**

California.  Under the name Shag, Josh Agle (hereinafter "Agle" or "Shag") has enjoyed successful solo exhibitions at galleries around the world, including throughout North America, Asia, Europe and Australia, and his work is well known amongst the cognoscenti and the public alike.

9.    Shag is known for his distinctive painting style and its vision of the jet-set lifestyle.  Through the use of vivid colors, sharply rendered floating panels, angular depictions, and exotic juxtapositions, his works celebrate the mysticism of consumerism and consumption.  His narrative works often feature unique and distinctive characters drinking, smoking and eating in lavish and stylish surroundings, caught in the middle of a story or situation, interacting with each other or reacting to outside events.

10.    Shag's unique and distinctive style has not only earned him critical accolades, it has also generated heavy demand for his works in the art market.  Demand has consistently outstripped supply.  All of Shag's solo exhibitions have sold out entirely and there is a backlog of customers waiting for his new work.

11.    Shag has carefully licensed use of his paintings and the characters and motifs embodied therein in a variety of contexts.  For example, MGM Studios licensed Shag's work to commemorate the fortieth anniversary of the first Pink Panther film and anniversary of the Pink Panther character.  Shag has been honored as one of the official artists of Disneyland's fiftieth anniversary and, to this effect, Disneyland has licensed Shag's work for a limited series of serigraphs, aloha shirts, tiki mugs, handbags, and card sets that celebrate the semi-centennial of the theme park.  His characters recently formed the basis of the highly successful theatrical production at the Planet Hollywood Hotel and Casino in Las Vegas entitled "Shag with a Twist."  Shag and his work are the subject of a recent feature-length documentary entitled "The Sophisticated Misfit."

12.    Shag has carefully controlled the reproduction of his work in only the most appropriate contexts that are consistent with his artistic vision.

13.    Plaintiff is informed and believes, and based thereon alleges, that Defendants, by and through the subdivision of American Greetings Corporation known as Carlton

**COMPLAINT**

Cards, have, for some unknown period of time, have been manufacturing and distributing greeting cards that reproduce, publicly display and publicly disseminate Agle's copyrighted works, and derivatives thereof, in violation of the exclusive rights under 17 U.S.C. § 106 that Agle holds in numerous paintings by Shag, drawing liberally from Agle's entire oeuvre and featuring objects, shapes, themes, colors, setting and characters, including but not limited to some of the most iconic imagery in Agle's work.

14.    *Inter alia*, Defendants have reproduced, distributed and publicly displayed, and continues to reproduce, publicly distribute and publicly display, without authorization copies of Agle's copyrighted works and derivatives based thereon on its cards, including but not limited to a set of invitation cards dubbed "8 funny Halloween invitations/It's a HALLOWEEN HAPPENING!"  A true and correct copy of said cards is included as Exhibit A.

15.    It is unknown how long these alleged violations have been occurring. However, all alleged violations of Agle's exclusive rights under 17 U.S.C. § 106 by defendants appear to be on-going, widespread, and in willful, wanton and brazen disregard of Agle's legal rights.

## FIRST CLAIM FOR RELIEF
### (Copyright Infringement, 17 U.S.C. § 501)

16.    Plaintiff Agle incorporates here by reference the allegations in paragraphs 1 through 15 above.

17.    Plaintiff Agle is the owner of all rights, title and interest in the copyrights to the paintings of Shag, which substantially consist of material wholly original with Plaintiff and which are copyright subject matter under the laws of the United States.  Plaintiff Agle has complied in all respects with the Copyright Act and all of the laws of the United States governing copyrights.

18.    Defendants have directly, vicariously and/or contributorily infringed, and/or induced infringement, and unless enjoined, will continue to infringe Agle's copyrights by

**COMPLAINT**

reproducing, displaying, distributing and utilizing for purposes of trade unauthorized derivative versions of the copyrighted works of Agle and the copyrighted elements therein, in violation of 17 U.S.C. § 501 *et seq.*

19.    For example, and *inter alia*, Plaintiff Agle is the owner of all rights, title and interest in the copyright to the painting "Into His Dark Heart," created by Shag in or around 2003, which substantially consists of material wholly original with Plaintiff and which is copyright subject matter under the laws of the United States.  Plaintiff Agle has complied in all respects with the Copyright Act and all of the laws of the United States governing copyrights.  A true and correct copy of "Into His Dark Heart" is attached as Exhibit B.

20.    "Into His Dark Heart" is featured on page 28 of the book "Shag: The Art of Josh Agle," which has been registered with the United States Copyright Office.  A true and correct copy of the Copyright Office's registration information for "Shag: The Art of Josh Agle" is attached as Exhibit C.

21.    The black featured in Defendants' postcards—as depicted in Exhibit A—is substantially similar, unauthorized reproduction of the iconic Shag black cat that can be found in numerous Agle works, including "Into His Dark Heart."  Specifically, the postcard has reproduced the 540º twirling black tail, gently tilted head, upside-down isosceles triangle nose, pencil-thin neck, wide-set yellow-green almond eyes, posture and distinctive look of the black cat in Agle's "Into His Dark Heart."

22.    In addition, and *inter alia*, Plaintiff Agle is the owner of all rights, title and interest in the copyright to the painting "Death's Unending Vacation," created by Josh Agle in or around 2001, which substantially consists of material wholly original with Plaintiff and which is copyright subject matter under the laws of the United States.  Plaintiff Agle has complied in all respects with the Copyright Act and all of the laws of the United States governing copyrights.  A true and correct copy of "Death's Unending Vacation" in relevant part is reproduced in Exhibit D.

23.    "Death's Unending Vacation" is featured on page 110 of the book "Shag: The Art of Josh Agle," which has been registered with the United States Copyright Office.  A

**COMPLAINT**

true and correct copy of the Copyright Office's registration information for "Shag: The Art of Josh Agle" is attached as Exhibit C.

24.     In addition, and *inter alia*, Plaintiff Agle is the owner of all rights, title and interest in the copyright to the painting "Three Dead Guitarists," created by Josh Agle in or around 1999, which substantially consists of material wholly original with Plaintiff and which is copyright subject matter under the laws of the United States.  Plaintiff Agle has complied in all respects with the Copyright Act and all of the laws of the United States governing copyrights.  A true and correct copy of "Three Dead Guitarists" in relevant part is reproduced in Exhibit E.

25.     "Three Dead Guitarists" is featured on page 86 of the book "Bottomless Cocktail: The Art of Shag" which has been registered with the United States Copyright Office.  A true and correct copy of the Copyright Office's registration information for "Bottomless Cocktail: The Art of Shag" is attached as Exhibit F.

26.     The man featured in Defendants' postcards—as depicted in at the top right of Exhibit A—is a substantially similar, unauthorized reproduction of the skull man that can be found in numerous Agle works, including "Death's Unending Vacation" and "Three Dead Guitarists."  Among other things, the postcard has reproduced the distinctive nose (shaped as a black asymmetrical/ bent arrowed delta), mouth (made of an arc bisected with six equidistant hash marks), spined neck and skeletal head (shaped as a white skull with black eye sockets) of Agle's skull man in "Death's Unending Vacation" and the distinctive hatched formal suit, legs, feet and pose of Agle's skull men in "Three Dead Guitarists."

27.     In addition, and *inter alia*, Plaintiff Agle is the owner of all rights, title and interest in the copyright to the painting "An Extraordinary Evening," created by Josh Agle in or around 2002, which substantially consists of material wholly original with Plaintiff and which is copyright subject matter under the laws of the United States.  Plaintiff Agle has complied in all respects with the Copyright Act and all of the laws of the United States governing copyrights.  A true and correct copy of "An Extraordinary Evening" in relevant part is reproduced in Exhibit G.

**COMPLAINT**

28.     "An Extraordinary Evening" is featured on page 124 of the book "Shag: The Art of Josh Agle," which has been registered with the United States Copyright Office.  A true and correct copy of the Copyright Office's registration information for "Shag: The Art of Josh Agle" is attached as Exhibit C.

29.     The woman featured in Defendants' postcards—as depicted on the far left of Exhibit A—is a substantially similar reproduction of the Shag's iconic and signature female renderings found in numerous Agle works, including "An Extraordinary Evening."  Among other things, the striking similarities include, but are not limited to, the distinctive mouth (formed by an arched three-quarters-ellipsis that is closed on one end and open on the other), the absence of any nose, the whimsical presence of only three fingers (thin, long and curled) on her hand, as well as the pencil-thin neck and limbs, sharply angular breasts, distinctive pointy black heeled shoes, long, black, formal dress gloves going to near the elbow, and uncomfortably bent arm and posed affect.

30.     In addition, and *inter alia*, Plaintiff Agle is the owner of all rights, title and interest in the copyright to the painting "Take Five," created by Josh Agle in or around 2000, which substantially consists of material wholly original with Plaintiff and which is copyright subject matter under the laws of the United States.  Plaintiff Agle has complied in all respects with the Copyright Act and all of the laws of the United States governing copyrights.  A true and correct copy of "Take Five" in relevant part is reproduced in Exhibit H.

31.     "Take Five" is featured on page 31 of the book "Shag: The Art of Josh Agle" which has been registered with the United States Copyright Office.  A true and correct copy of the Copyright Office's registration information for "Shag: The Art of Josh Agle" is attached as Exhibit C.

32.     In addition, and *inter alia*, Plaintiff Agle is the owner of all rights, title and interest in the copyright to the painting "The Pick Up #2," created by Josh Agle in or around 1997, which substantially consists of material wholly original with Plaintiff and which is copyright subject matter under the laws of the United States.  Plaintiff Agle has

**COMPLAINT**

complied in all respects with the Copyright Act and all of the laws of the United States governing copyrights.  A true and correct copy of "The Pick Up #2" in relevant part is reproduced in Exhibit I.

33.   "The Pick Up #2" is featured on page 40 of the book "Bottomless Cocktail: The Art of Shag" which has been registered with the United States Copyright Office.  A true and correct copy of the Copyright Office's registration information for "Bottomless Cocktail: The Art of Shag" is attached as Exhibit F.

34.   The man featured in Defendants' postcards—as depicted on the bottom center of Exhibit A—is a substantially similar reproduction of Shag's character renderings found in numerous Agle works, including "An Extraordinary Evening," "Take Five," and "The Pick Up #2" Among other things, the postcard has reproduced the distinctive facial shading (used to create the impression of a shadowed nose) of the face of the man on the fair left in "An Extraordinary Evening," the hair and hairline, under-eye lines, and coloring and facial shading of the man on the left in "The Pick Up #2," the distinctive mouth of the woman on the right in "The Pick Up #2" and the outfit of the man in the center of "An Extraordinary Evening" combined with the medallion-over-turtleneck ensemble of the character on the left side of "Take Five."

35.   Defendants have therefore willfully infringed, and unless enjoined, will continue to infringe Agle's copyrights, including but not limited to the copyrights to "Into His Dark Heart," "Death's Unending Vacation," "Three Dead Guitarists," "An Extraordinary Vacation," "Take Five" and "The Pick Up #2" by knowingly reproducing, displaying, distributing and utilizing for purposes of trade and promotion unauthorized derivative versions of the copyrighted works of Josh Agle and the copyrighted elements therein.

36.   Defendants have received substantial benefits in connection with the unauthorized reproduction, display, distribution and utilization for purposes of trade and promotion of derivative versions of the copyrighted works of Josh Agle and the copyrighted elements therein.

**COMPLAINT**

37.     All of the Defendants' acts are and were performed without the permission, license or consent of Agle.

38.     The said wrongful acts of Defendants have caused, and are causing, great injury to Agle, which damage cannot be accurately computed, and unless this Court restrains Defendants from further commission of said acts, Agle will suffer irreparable injury, for all of which it is without an adequate remedy at law.  According, Agle seeks a declaration that Defendants are infringing Agle's copyrights and an order under 17 U.S.C. § 502 enjoining Defendants from any further infringement of Agle's copyrights.

39.     As a result of the acts of Defendants alleged herein, Agle has suffered and is suffering substantial damage to its business in the form of diversion of trade, loss of profits, injury to goodwill and reputation, and the dilution of the value of its rights, all of which are not yet fully ascertainable.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

1.     The Defendants, their officers, agents, servants, employees, representatives, and attorneys, and all person in active concert or participation with them, be permanently enjoyed from designing, copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all products and services, including but not limited to gaming machines, that infringe, contributorily infringe, or vicariously infringe upon Plaintiff Agle's copyrights.

2.     A seizure order be entered directing the U.S. Marshall to seize and impound all items possessed, owned or under the control of Defendants, their officers, agents, servants, employees, representatives and attorneys, and all persons in active concert or participation with them, which infringe upon Plaintiff Agle's copyrights, including but not limited to any products and services, such as gaming machines, that infringe, contributorily infringe, or vicariously infringe upon Plaintiff Agle's copyrights.

**COMPLAINT**

3.     Defendant be held liable to Plaintiff for actual damages and disgorgement of all profits derived by Defendants from their acts of copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

4.     Defendants be held liable to Plaintiff in statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. §§ 504(a)(2) & (c), and for costs, interest and reasonable attorneys' fees pursuant to 17 U.S.C. § 505.

5.     That Plaintiff be awarded any such other and further relief as the Court may deem just and appropriate.

Dated:  October 11, 2012                    **ONE LLP**

By: _____
    John Tehranian
    Attorneys for Plaintiff,
    JOSH AGLE, INC.

**COMPLAINT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>DEMAND FOR JURY TRIAL</u>

Plaintiff Josh Agle, Inc. hereby demands trial by jury of all issues so triable under the law.

Dated:  October 11, 2012                                **ONE LLP**

By: _____
John Tehranian
Attorneys for Plaintiff,
JOSH AGLE, INC.

**COMPLAINT**

# **<u>EXHIBIT A</u>**





# **<u>EXHIBIT B</u>**

Into His Dark Heart  2003
24" x 38"



# **<u>EXHIBIT C</u>**



---

# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Shag: The Art of Josh Agle
Search Results: Displaying 4 of 6 entries



---

**Labeled View**

---

***Shag : the art of Josh Agle / foreword by Billy Shire ; essay by Colin Berry.***

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0001356446 / 2006-03-24 |
| **Title:** | Shag : the art of Josh Agle / foreword by Billy Shire ; essay by Colin Berry. |
| **Imprint:** | San Francisco : Chronicle books, c2005. |
| **Description:** | 222 p. |
| **Copyright Claimant:** | on ill.; Josh Agle Inc. |
| **Date of Creation:** | 2005 |
| **Date of Publication:** | 2005-08-11 |
| **Authorship on Application:** | Josh Agle, 1962-. |
| **Names:** | Shire, Billy |
|  | Berry, Colin |
|  | Agle, Josh, 1962- |
|  | Josh Agle Inc. |



---

| **Save, Print and Email (Help Page)** | |
|---|---|
| Select Download Format   Full Record | Format for Print/Save |
| Enter your email address: | Email |

---

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

# **EXHIBIT D**

**Death's Unending Vacation**  2001
14" x 20"



# **<u>EXHIBIT E</u>**



Three Dead Guitarists   1999

# EXHIBIT F



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Bottomless Cocktail: The Art of Shag
Search Results: Displaying 1 of 1 entries





### *Bottomless cocktail : the art of Shag / editor, Janice S. Gore ; book...*

**Type of Work:** Visual Material

**Registration Number / Date:** VA0001356445 / 2006-03-24

**Title:** Bottomless cocktail : the art of Shag / editor, Janice S. Gore ; book design Josh Agle.

**Imprint:** San Francisco : Last gasp, c2001.

**Description:** 95 p.

**Copyright Claimant:** on ill.; Josh Agle Inc.

**Date of Creation:** 2001

**Date of Publication:** 2001-12-10

**Authorship on Application:** Josh Agle, 1962-.

**Names:** Gore, Janice S.
Agle, Josh, 1962-
Josh Agle Inc.



| Save, Print and Email (**Help Page**) | | |
|---|---|---|
| Select Download Format  Full Record | Format for Print/Save | |
| Enter your email address: | | Email |

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

# **EXHIBIT G**

An Extraordinary Evening  2002
24" x 48"



# EXHIBIT H

Take Five   2000
18" x 26"



# **<u>EXHIBIT I</u>**



The Pick Up #2  1997

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge James V. Selna and the assigned discovery Magistrate Judge is Arthur Nakazato.

The case number on all documents filed with the Court should read as follows:

## SACV12- 1756 JVS (ANx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

COPY

Name & Address:
Peter R. Afrasiabi, Esq. (Bar No. 193336)
John Tehranian, Esq. (Bar. No. 211616)
ONE LLP, 4000 MacArthur Blvd., W Twr, Ste 1100
Newport Beach, CA 92660
Tel: 949-502-2870    Fax: 949-258-5081

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JOSH AGLE, INC., a California corporation, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. AMERICAN GREETINGS CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive, DEFENDANT(S). | SACV12-1756-JVS (ANx) **SUMMONS** |

TO:   DEFENDANT(S): <u>AMERICAN GREETINGS CORPORATION, a Delaware corporation;</u>
<u>and DOES 1 through 10, inclusive,</u>

A lawsuit has been filed against you.

Within ___21___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>John Tehranian</u>, whose address is <u>ONE LLP, 4000 MacArthur Blvd., West Tower, Suite 1100, Newport Beach, CA 92660</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:   **OCT 1 1 2012**

By: _____
MARILYN DA[...]
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                    **SUMMONS**

COPY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>JOSH AGLE, INC., a California corporation | DEFENDANTS<br>AMERICAN GREETINGS CORPORATION, a Delaware corporation; and<br>DOES 1 through 10, inclusive |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>ONE LLP, 4000 MacArthur Blvd., West Tower, Suite 1100, Newport Beach, CA 92660; Tel: 949-502-2870; Fax: 949-258-5081 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ To be determined

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Infringement (17 U.S.C. §§ 501)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/ PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☒ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

FOR OFFICE USE ONLY:   Case Number: SACV12-1756

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
#### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                  ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                  ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                  ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Ohio |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date ⎿ October 11, 2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

**Key to Statistical codes relating to Social Security Cases:**

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |